

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

William Earl Stirman,                    * From the 238th District
                                           Court of Midland County,
                                           Trial Court No. CR38912.

Vs. No. 11-12-00090-CR                    * March 31, 2014

The State of Texas,                       * Memorandum Opinion by Wright, C.J.
                                           Memorandum Concurring Opinion
                                           by Willson, J.
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

        This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.